UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-60013-JB/Augustin-Birch

MACSOUTH FOREST PRODUCTS, LLC,

      Plaintiff,

v.

CURRENT BUILDERS, INC., *et al.*,

      Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation ("Report") on Defendants Frederick Colandreo and Michael Taylor's Motion to Dismiss, ECF No. [74]. In the Report, Judge Birch recommends that the Court deny the Motion to Dismiss. ECF No. [159]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [159], is **AFFIRMED** and **ADOPTED**.

    2. Defendants Frederick Colandreo and Michael Taylor's Motion to Dismiss, ECF No. [74], is **DENIED**.

    **DONE AND ORDERED** in Miami, Florida, this 3rd day of September, 2024.

_____
**JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE**